**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 33 EAL 2018
:
              Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Judgment Order** of
      v. : the Superior Court at No. 2183 EDA
: 2016 entered on December 21, 2017,
: **vacating and remanding** the Order
KRISTEN HORN, : of the Philadelphia County Court of
: Common Pleas at No. CP-51-CR-
           Petitioner : 0012270-2015 entered on June 10,
: 2016

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the decision of the Superior Court is **REVERSED,** and the order of the Court of Common Pleas is **REINSTATED** in accordance with this Court's opinion in *Commonwealth v. Perfetto*, 7 EAP 2018.